Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85067-3970
602.277.8996
Fax 602.253.8346

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br>KEN DIMANG,<br>and<br>MANILA DIMANG,<br><br>Debtors. | In Proceedings Under Chapter 13<br><br>Case No. 2-08-BK-18625-PHX-EWH<br><br>**ORDER DISMISSING CASE** |

The Trustee having notified the Court that the Debtors are in default their July 2009 Plan Payment and have failed to file TPT Returns for 12/07, 10/08, and 11/08 as required by Local Rule 2084-5, the Court finds cause for dismissing the case pursuant to 11 U.S.C. § 1307(c)(1) and (c)(4),

**NOW, THEREFORE, IT IS ORDERED:**

(A) This case is dismissed and the Clerk of the Court will give notice of the dismissal to all creditors;

(B) A motion to reinstate the case may be granted without a hearing if the Trustee approves the proposed reinstatement order. The Trustee may agree to reinstatement of the case if the Debtor files a motion for a Court order that the plan payments be payroll deducted from wages. If the Trustee does not approve of reinstatement of the case, the matter may be set for hearing upon the Debtors' motion. The Court may set a hearing on the Debtors' motion to reinstate on the request of an interested party who had joined the Trustee's request for dismissal; and

| | |
|---|---|
| 1 | (C) Except as otherwise ordered, all pending adversary proceedings, contested matters, and administrative hearings relating to this case are vacated. |
| 2 | |

ORDER SIGNED AND DATED ABOVE

A copy of the proposed Order Dismissing Case was mailed on or before the date signed below to:

Ken Dimang
Manila Dimang
17587 W. Dalea Drive
Goodyear, AZ 85338

Debtors


Joseph W. Charles
PO Box 1737
Glendale, AZ 85311

Attorney for Debtors

_____
*sanderson@ch13bk.com*